IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE LAVAR WELLS,**<br><br>Petitioner,<br><br>v.<br><br>**GARY SWARTHOUT, Warden,**<br><br>Respondent. | No. C 11-3294 LHK (PR)<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until **December 28, 2011**, to file his answer the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within **thirty (30) days** of the date the answer is filed.

Dated: 11/4/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

[~~Proposed~~] Order (C 11-3294 LHK (PR))