IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRE LAVAR WELLS,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**GARY SWARTHOUT, Warden,**<br><br>　　　　　　　　　　　　Respondent. | Case No. C 11-3294 LHK (PR)<br><br>**[~~PROPOSED~~] ORDER** |

　　GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until January 27, 2012, to file his answer the application for writ of habeas corpus.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel within thirty (30) days of the date the answer is filed.

Dated:  1/5/12

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

[~~Proposed~~] Order (C 11-3294 LHK (PR))