SIXTH DISTRICT APPELLATE PROGRAM
Jonathan Grossman 154452
100 N. Winchester Blvd., Suite 310
Santa Clara, CA 95050
(408) 241-6171
Fax: (408) 241-2877
jonathan@sdap.org

Attorney for Petitioner
Andre Lavar Wells

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ANDRE LAVAR WELLS,**<br>　　　　Petitioner,<br><br>　　　　v.<br><br>**GARY SWARTHOUT, Warden,**<br>　　　　Respondent. | C 11-3294 LHK<br><br>[**PROPOSED**]<br>**ORDER GRANTING**<br>**REQUEST TO FILE AN**<br>**OVERSIZED TRAVERSE** |

　　　GOOD CAUSE APPEARING:

　　　Petitioner's request to file an oversized traverse is granted.

　　　IT IS SO ORDERED.

Dated: March 15, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge